# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| CHAD STAPLETON, *individually and on behalf of all others similarly situated,* ) ) ) Plaintiff, ) ) vs. ) ) VINTAGE STOCK, INC., ) ) Defendant. ) | Case No. 3:23-cv-05055-MDH |

## ORDER OF DISMISSAL

Before the Court is Plaintiff, Chad Stapleton, and Defendant, Vintage Stock, Inc's Joint Stipulation of Dismissal (Doc. 25) wherein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of this action with prejudice as to all claims of the Plaintiff, Chad Stapleton, individually, with each party to bear their own fees and costs, and without prejudice, as to all claims of any unnamed member of the alleged class.

WHEREFORE, the Court **GRANTS** the parties' Joint Stipulation of Dismissal and hereby dismisses this case in its entirety, with prejudice as to Plaintiff Chad Stapleton, with each party to bear their own costs and attorney fees, and without prejudice as to any unnamed member of the alleged class.

**IT IS SO ORDERED.**

DATED: February 15, 2024

                                                    */s/ Douglas Harpool*
                                                    **DOUGLAS HARPOOL**
                                                    **UNITED STATES DISTRICT JUDGE**